UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

ROBERT LEE HEARD, )
GDC 373634, )
  )
  Plaintiff, )
  )
v. ) Case No. CV410-207
  )
B. AVANT EDENFIELD, et. al. )
  )
  Defendants. )

# ORDER

After a careful de novo review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

**SO ORDERED** this 3rd day of Sept, 2010.

B. AVANT EDENFIELD
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2010 SEP 30 AM 11:36
CLERK_____
SO. DIST. OF GA.